# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOSHUA LENZ, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) THE TOWN OF CARNEY, )<br>   OKLAHOMA, an Oklahoma )<br>   Municipality, )<br>(2) CARNEY, OKLAHOMA POLICE )<br>   DEPARTMENT, )<br>(3) JEREMY GIBBS, an individual, )<br>(4) JEREMY McGILL, an individual, )<br>(5) DAVA SAVAGE, an individual, )<br>(6) MICHAEL DEAN, an individual, )<br>)<br>Defendants. ) | Case No. CIV-13-1026-C |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all remaining parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein. Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/Brandon D. Kemp
George H. Brown, OBA #18020
Tony Gould, OBA #18564
Charles T. Battle, OBA #22486
BROWN & GOULD, PLLC
136 N.W. 10th, Suite 200
Oklahoma City, Oklahoma 73103
Telephone: (405) 235-4500
Facsimile: (405) 235-4507
Email: gbrown@browngouldlaw.com
tgould@browngouldlaw.com
cbattle@browngouldlaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/Kari Y. Hawkins
Kari Y. Hawkins
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
Email: Kari.Hawkins@oag.ok.gov